## [STATE v. SUSANNAH HILTON.]

Court of Quarter Sessions. Sussex. November, 1802.

*Rodney's Notes.*

Keturah Combs. Susannah Hilton beat and abused me and beat me, etc.

Robert Maxwel. I heard K. Combs crying murder, went over, saw her and Susannah H. was going away. Said she had beat her and would again.

Fined $2.